IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CHARLES JOHN BEANNER

Magistrate No. 26-1126
**[UNDER SEAL]**

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, J. Brandon Wargo, a Special Agent with the Homeland Security Investigations, being duly sworn, depose and state:

## INTRODUCTION

1.      I submit this Affidavit in support of a criminal complaint charging Charles John BEANNER (hereinafter referred to as "**BEANNER**") with two counts of Distribution of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct in violation of Title 18 United States Code, Sections 2252(a)(2) and (b)(1) (referred to as the "**TARGET OFFENSES**").

2.      I am a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), currently assigned to the Pittsburgh, Pennsylvania Office.  I have been so employed since June 2009.  As part of my duties as an HSI Special Agent, I investigate criminal violations relating to high technology crime, cyber-crime, child exploitation and child pornography including violations pertaining to the illegal distribution, receipt, possession, and production of materials depicting the sexual exploitation of children in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(a)(4)(B) and 2251, and Title 18, United States Code, Sections 2423(b), and 2423(c) as they relate to travel to engage in illicit sexual contact with a minor.  I have received training in the area computer forensics, child pornography and child exploitation investigations, and have had the

1

opportunity to observe and review numerous examples of such materials in a variety of electronic media. I am a member of the Pennsylvania Internet Crimes Against Children (ICAC) Task Force and the Western Pennsylvania Crimes Against Children Task Force (WPCACTF). I have participated in and led numerous child pornography investigations. I have executed numerous search warrants related to child pornography investigations. In this regard, I have reviewed extensive samples of child pornography, including videos, photographs, and digital reproductions of photographs or other print media.

3.      I am aware that Title 18, United States Code, Sections 2252(a)(2) and (b) make it a crime to knowingly receive, or distribute, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct. Additionally, Section 2252 criminalizes knowingly possessing, or knowingly accessing with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct.

4.      I am further aware that Title 18, United States Code, Section 2256, defines "sexually explicit conduct" as actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or lascivious exhibition of the anus, genitals, or pubic area of any person.

5.      I am familiar with the facts and circumstances set forth in this Affidavit as a result of my participation in this investigation, information received from other criminal investigators, and my review of video files depicting **BEANNER** committing violations of federal law concerning the **TARGET OFFENSES**.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

6.      The United States Department of Homeland Security (DHS) Cyber Crimes Center (C3), Child Exploitation and Investigations Unit (CEIU) Intake section received information from the Government of Sweden via Europol. The originating Swedish investigation from around December 2024 resulted in the arrest of Swedish suspects who were found to be in possession of child sexual abuse material (CSAM). Additionally, the suspects possessed recordings of video calls which were made via Zoom and similar platforms – during which – suspects including BEANNER participated in.  The recordings, depicting BEANNER, were forwarded to the Department of Homeland Security for follow-up investigation.  Swedish authorities also obtained subscriber information from Telegram, linking the user "TwistedPAfun" to the cellular telephone number 412-901-4649 (TARGET TELEPHONE).

7.      An analysis conducted by DHS C3 linked the suspect to the HSI Pittsburgh area of responsibility.  During a review of the videos, DHS C3 noted that **BEANNER**, who utilized the

screen name "PigToy," is a white male, with red hair and a beard, with numerous body piercings and tattoos. Written on his body, in black marker, were words to include (but not limited to) PEDO", "I <heart> BABIES NEPI", "171648927", "UNDER 5 (written backwards) ONLY", and "CHILD MOLESTER". A media file reviewed by DHS C3 depicted **BEANNER** in a video meeting session in which CSAM was streamed. Another media file also showed **BEANNER** streaming CSAM to other members of the meeting while masturbating and watching the CSAM himself. Additionally, a media file also showed **BEANNER** behaving erratically and inhaling an unknown substance. An additional still frame, which was edited to remove **BEANNER**'s penis is below. That image contains the name Charlie BEANNER, an address of 617 E14th Ave, Munhall, PA 15120, the phone number 412-901-4649 (TARGET TELEPHONE), and the telegram handle "TwistedPAfun".



8.      HSI Pittsburgh assumed the investigation from DHS C3 in June of 2026.  On or about June 18, 2026, I requested the investigative material, to include the videos depicting BEANNER to be transferred to HSI Pittsburgh for further investigation.

9.      On or about June 22, 2026, I queried the Pennsylvania Department of Transportation system for records associated with **BEANNER** with positive results. **BEANNER**

is associated with PA Driver's License 23305019, under the name Charles John BEANNER.  The driver's license photograph of **BEANNER** appears visually similar to the subject depicted in the media provided by DHS C3.  Additional characteristics include a nose ring and necklace similar in size, shape, and color to the one depicted in the media provided by DHS C3. The driver's license lists **BEANNER**'s address as 617 E 14th Avenue, Munhall, PA 15120, which is the same address displayed by **BEANNER** in media provided by DHS C3.  On the arm of the subject depicted in the still image above are the numbers "171648927", which appear to be a social security number.  The number was queried within the Pennsylvania Department of Labor and Industry system and returned records for **BEANNER**.

10.    Allegheny County Property records list Parcel ID 0130-S-00223-0000-00, 617 E 14th Avenue, Homestead (Munhall Boro), PA 15120, as being owned by Charles J. BEANNER, who purchased the residence in 2004.

11.    On or about July 7, 2026, I served a summons (HSI-PB-2026-071083-001) on T-Mobile for basic subscriber information associated with TARGET TELEPHONE.  On the same date, T-Mobile responded stating the phone number has been associated with Charles BEANNER since September 26, 1998.  On October 24, 2025, the name on the account was changed to Charlie BEANNER, but the same service address remained.  The records indicate the line of service is still active.

**Count One: Distribution of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct on or about April 12, 2024**

12.    I conducted an independent review and analysis of the videos provided to DHS C3 by Swedish law enforcement. The following video serves as the basis for Count One and is described in more detail below:

Filename: **video1531894132.mp4**

5

Video Length: 37 Minutes / 19 Seconds

Video Description: The video depicts and adult male, whose physical appearance closely resemble that of **BEANNER** who uses screenname "Twisted Pigtoy". Other participants of the video chat are a fully nude adult black male, a fully nude adult white male, and a fully nude adult white male (laying on a bed). All of the men are performing masturbatory acts on themselves. **BEANNER** begins screensharing. The date appearing in the bottom taskbar shows **April 12, 2024**, and a time of 10:40 AM. The computer appears to be running Windows 11, based on the icons displayed. Also of note, **BEANNER** is running a desktop version of Telegram which has an unread message count of 319. A NordVPN logo is also observed and running on the taskbar. **BEANNER** was hosting this meeting through Zoom and was recording it, utilizing covert screen recording software. At approximately 1:15 into the video – **BEANNER** manipulates the windows on the screen, and reveals the software running on the machine. Another adult white male, with glasses and a blue shirt, appears in the live portion of the recording. **BEANNER** states he will show the rest of the room a recording that he previously made, which he recorded with his phone, because "I needed to come so fucking bad." **BEANNER** also states he allows some other individual to have access to his computer so they could access the files when he was not around. In the recorded video that **BEANNER** shares ("ccp blow.mp4"), **BEANNER** has a Swastika drawn on his stomach, and is watching CSAM. **BEANNER** then begins to share home movie 4 C.mp4 – which again displays videos of CSAM to the other live participants. In the live screen portion of the recording there is now an adult white male who is dressed as a Nazi. In the recorded portion **BEANNER** appears to be smoking crack cocaine or methamphetamine – in the background is a video of an infant being sexually assaulted. At approximately 08:06 in the recording, **BEANNER** attempts to locate a file to share with the other users. **BEANNER** accesses the files from "Secure_Key (F):" There are numerous CSAM file names apparent in the folder "Best" which include "2YO Boy Toddler Raamat Boy Pedo 1 Wi…" and ""CumOn3yoBalls". At approximately 08:31 **BEANNER** shares a video which depicts the rape of an infant, approximately 3-6 months old. An adult male is observed attempting to insert his penis into the vagina and anus of the baby. Later, **BEANNER** plays video Daddy's Boy – (Bound and Caned Hustler Rape 3. wmv. The video depicts a prepubescent minor male, approximately 8-10 years old, who is bound to a bed, fully nude. The adult male is observed hitting the minor with a whip. **BEANNER** then shows -766090173420142545.MP4 which depicts an adult white male masturbating overtop of an infant, who is bound with black leather, the infants hands are bound to his feet. The infant is approximately 6-12 months old. The minor is sexually assaulted as the adult male inserts his penis into the anus of the infant. **The conversation via the chat function between the participants in the live meeting session is about how enjoyable it would be to have sexual intercourse with a baby.** As the video

6

progresses, the adult male places tape over the baby's mouth to prevent him from crying. **BEANNER** then moves through several videos, several of which depict bondage and sexual assault of minors as young as 6 months. BEANNER stops on 121547706118.MP4 which depicts the sexual exploitation of a very young child, approximately 3-6 months old. At approximately 22:07, **BEANNER** mentions he is about to orgasm – and proceeds to state, "My name is Charlie BEANNER, 617 E14th Avenue, Munhall, PA 15120. What else you do you want… Phone number is 412-901-4649… Social Security… (proceeds to do a whippet, i.e., nitrous oxide) 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… oh fuck NOOOO." At approximately 24:24, **BEANNER** states he is going to leave the meeting since he has orgasmed but will continue sharing the room until the video ends. **BEANNER** continues to share video 13026692355585.MP4. The video depicts the sexual assault of a prepubescent minor male being anally raped by an adult white male. The minor depicted appears to be no older than 8 years old. **BEANNER** said he needs this type of interaction (group chat rooms) to orgasm now. **BEANNER** asked that the other users don't share this video outside of the group. **BEANNER** is observed cleaning up the space and leaving through a doorway covered by a curtain. Several more videos depicting the sexual exploitation of minors continue to play. Those videos include the sexual assault of children as young as approximately 2 years old and include bondage and penetration.

13. File **video1531894132.mp4** aligns with other forensically available data, including the EXIF file creation date, which is listed as April 12, 2024.

14. Therefore, based on my training, experience and the investigation, including consultation with a digital forensic expert, there is probable cause to believe **BEANNER** distributed visual depictions of a minor engaged in sexually explicit conduct via the internet on or about April 12, 2024 in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

**<u>Count Two</u>: Distribution of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct on or about March 26, 2026**

15. On June 23, 2026, HSI Pittsburgh Special Agents executed federal search warrants within the Western District of Pennsylvania, in, what at the time, appeared to be unrelated child sexual exploitation case. Following a forensic review of devices seized in connection with the warrants, Agents recovered videos of **BEANNER** on the suspect's (SUSPECT 2) device. SUSPECT 2 was also involved in online video chat rooms and engaged in conduct similar to that

of **BEANNER**.

16.     On July 7, 2026, I reviewed multiple videos of **BEANNER** on SUSPECT 2's device. One such video is described as follows.

> File Name: part6855393014109808885
> Video Length: 4 Minutes 42 Seconds
> File Creation Date: (on Suspect 2's device) March 28, 2026
> File Description: **BEANNER** is fully naked sitting in what appears to be his basement. **BEANNER** starts the video by stating, "One of my fucking favorites", and begins to show a video which depicts the sexual assault of a minor male, who is approximately 12-18 months old.  **BEANNER** described the minor's penis as "tiny…and has to taste so good." **BEANNER** states he "took some G before he came down" and begins to smoke what appears to be methamphetamine.  **BEANNER** then scrolls through several child sexual abuse videos.  **BEANNER** stops a video of a minor white male, who is approximately 2-3 years old, being sexually assaulted by an adult white male.  The adult male is observed inserting his fingers into the minor's anus.  **BEANNER** makes a comment, "I bet that taste so fucking good… I'm sure it does…"  **BEANNER** is observed masturbating.  **BEANNER** then states, "someday I'll get a real one of these (referring to a child)".  **BEANNER** continues to scroll through several child sexual abuse videos, including previous recordings of him masturbating to child sexual abuse material.  **BEANNER** states, "I think all pedo's are hot."  **BEANNER** continues to scroll through his collection of child sexual abuse videos. **BEANNER** ends on a video which depicts the rape of a minor male, who is approximately 4-5 years old.  An adult white male is observed anally penetrating the minor.  **BEANNER** continues to masturbate, inserting a cylindrical object into his own anus during the process.  The video abruptly ends.

17.      **BEANNER** accomplished the distribution of the file described above via the Signal application on or about March 26, 2026, in a Group entitled "Reaction and Tribute Videos (Pizza Emoji)(Football Emoji)(Baby bottle emoji)".  At the time the video was sent to the group there were 95 other individuals within the chat group. One of those individuals was SUSPECT 2. File part6855393014109808885 distributed by **BEANNER** via Signal was located on one of SUSPECT 2's devices.

18.     The Signal application account utilized by **BEANNER** is associated with TARGET TELEPHONE and uses the display name "C".  The profile picture of the Signal account used to

8

distribute the above referenced file to SUSPECT 2 is of a nude white male, facing away from the camera. The brick wall in the background of the picture is consistent with the same brown / tan bricks which are used to clad **BEANNER**'s residence in Munhall, Pennsylvania. The penis and testicles are also visible between the male's legs and the piercing through the head of the penis is consistent with **BEANNER**'s piercing in videos I reviewed of **BEANNER**. Additionally, the male has the same large tattoo covering his back which is also consistent with **BEANNER**'s appearance in videos I reviewed.

19. A review of Signal connections between **BEANNER** and SUSPECT 2 revealed **BEANNER** was in three additional CSAM chat rooms. I have reviewed each Signal chat room associated with **BEANNER** and observed CSAM being shared freely amongst the chat room participants.

20. Therefore, based on my training, experience and the investigation, including consultation with a digital forensic expert, there is probable cause to believe **BEANNER** distributed visual depictions of a minor engaged in sexually explicit conduct via the internet on or about March 26, 2026, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

21. In another video meeting session by **BEANNER** where he distributed additional CSAM videos, while talking about his employment as a flight attendant for an airline he commented "the kid opened the door to soon…and I saw his teenie tiny little dick, that was hot, that's about as close I can't get." Employment records confirmed **BEANNER**, at least up until recently, was employed by an airline.

22. In another video recovered from SUSPECT 2's device **BEANNER** is depicted standing in the alley way behind his residence fully nude with the word "PEDO" written across his stomach. **BEANNER** proceeds to state the following, "I'm naked, letting everyone know I'm a pedophile, that I want to play with little babies, suck their dicks, eat their asses, make out with them…too bad there aren't some kids around here to expose myself to right now. Fuck yea!"

## **CONCLUSION**

23.     Based on the foregoing, I respectfully submit that there is probable cause to find that **BEANNER** committed the **TARGET OFFENSES**; that is, violations of federal law including Distribution of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct in violation of Title 18 United States Code, Sections 2252(a)(2) and (b)(1).

## **REQUEST FOR SEALING**

24.     It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrants.    I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing criminal investigation that is neither public nor known to all the targets of the investigation.

25.     Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, notify confederates or otherwise seriously jeopardize the investigation.

26.     The above information is true and correct to the best of my knowledge, information, and belief.

*/s/Jeffrey Brandon Wargo*
JEFFREY BRANDON WARGO
Special Agent
Homeland Security Investigations

Sworn to before me, by telephone,
pursuant to Fed. R. Crim. P. 41(b)(2)(A),
this 14th day of July, 2026.
This matter shall remain under seal until
further order of the Court.

_____

HONORABLE MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE