AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:26 MJ 1126 |
| | ) | |
| Charles John Beanner | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING PRELIMINARY AND DETENTION HEARING

A detention hearing in this case is scheduled as follows:    *before Judge Dodge*

| Place: | Joseph F. Weis, Jr. United States Courthouse 700 Grant Street Pittsburgh, PA 15219 | Courtroom No.: 9 A |
|---|---|---|
| | | Date and Time: Tuesday, July 21st @9:30 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 7/15/26

_____
*Judge's signature*

_____Maureen P. Kelly, United States Magistrate Judge_____
*Printed name and title*