AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

**FILED**

7/14/2026

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| United States of America<br>v.<br><br>CHARLES JOHN BEANNER<br><hr>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   26-mj-1126

[UNDER SEAL]

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CHARLES JOHN BEANNER                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint

❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

Count One: Distribution of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct
(18 U.S.C. §§ 2252(a)(2) and (b)(1)) (April 12, 2024)

Count Two:  Distribution of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct
(18 U.S.C. §§ 2252(a)(2) and (b)(1)) (March 26, 2026)

Date:      07/14/2026

_____
*Issuing officer's signature*

City and state:     Pittsburgh, Pennsylvania

Hon. Maureen P. Kelly, U.S. Magistrate Judge
*Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)*  07/14/2026  , and the person was arrested on *(date)*  07/15/2026
at *(city and state)*  Latrobe, Pennsylvania  .

Date:  07/16/2026

_____
*Arresting officer's signature*

J. Brandon Wargo, Special Agent, HSI
*Printed name and title*